**NIKE, INC., Plaintiff–Appellee,**

v.

**Roy DIXON, Defendant–Appellant.**

**No. 05–1156.**

United States Court of Appeals, Federal Circuit.

Jan. 23, 2006.

**THE HEIL COMPANY, Plaintiff–Appellant,**

v.

**CUROTTO CAN CO., Defendant– Appellee.**

**No. 05–1326.**

United States Court of Appeals, Federal Circuit.

Jan. 23, 2006.

NEWMAN, BRYSON, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

Before NEWMAN, LOURIE, and SCHALL, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-